UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR LEE HAIRSTON, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ADMINISTRATIVE OFFICE OF )<br>UNITED STATES COURTS, )<br>)<br>Defendant. ) | Civil Action No. 25-1139 (UNA) |

## MEMORANDUM OPINION

This matter is before the Court on review of Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), and his *pro se* civil complaint (ECF No. 1). The Court grants the application, and for the reasons discussed below, dismisses the complaint.

Plaintiff "seek[s] a (prospective injunction) from this court," Compl. at 2, directing the Administrative Office of the United States Courts ("AO") release "under the Freedom of Information Act, 5 U.S.C. § 552[,] [a] categorical list of all denials from 2020 to present 2025 for a Writ of certiorari to issue," *id*. An "agency's disclosure obligations are triggered by its receipt of a request that 'reasonably describes [the requested] records' and 'is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed.'" *Marcusse v. U.S. Dep't of Justice Office of Info. Policy*, 959 F. Supp. 2d 130, 140 (D.D.C. 2013) (quoting 5 U.S.C. § 552(a)(3)(A)). It is not clear that Plaintiff actually has submitted a valid FOIA request to an agency. And if Plaintiff had submitted a FOIA request to the AO, the AO is not obligated to respond because it "is not subject to FOIA requests." *Martinez v. Admin. Office of U.S. Courts*, No. 22-50227, 2023 WL 2474218, at *1 (5th Cir. Mar. 13, 2023); *see Isiwele v. U.S. Dep't of*

1

*Health & Human Servs.*, 85 F. Supp. 3d 337, 353 (D.D.C. 2015) (granting motion to dismiss FOIA claim against Administrative Office of the United States Courts); *Banks v. Dep't of Justice*, 538 F. Supp. 2d 228, 232 (D.D.C. 2008) ("[T]he Administrative Office of the United States Courts is an arm of the federal courts and therefore is not subject to FOIA and the Privacy Act.").

An Order is issued separately.

DATE: April 30, 2025                                /s/
                                                    TANYA S. CHUTKAN
                                                    United States District Judge